UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOE ANAYA III, by estate representative Martha Anaya; SAMANTHA ANAYA; J.A., a minor, through his guardian ad litem, Pamela Estrada; and M.A., a minor through her guardian ad litem, Vanessa Muhebes,<br><br>                          Plaintiffs,<br><br>  v.<br><br>IMPERIAL COUNTY, et al.,<br><br>                          Defendants. | Case No.: 23-cv-1670-RSH-LR<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 29] |

    Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 29. The Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own fees and costs.

//

//

//

1

1  The Clerk of Court is directed to close the case.

2  **IT IS SO ORDERED.**

3  Dated: November 26, 2024

  *Robert S. Huie*
  ────────────────────
  Hon. Robert S. Huie
  United States District Judge